UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                      )<br>     Plaintiff,            )<br>                                      )<br>     v.                      )<br>                                      )<br>JOHN EARL PETERSEN,     )<br>                                    )<br>     Defendant.      )<br>_____ ) | CASE NO. MJ 10-501<br><br>DETENTION ORDER |

<u>Offense charged</u>:    Wire Fraud; Tax Evasion

<u>Date of Detention Hearing</u>:    December 3, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)    Defendant is charged by Indictment from the Eastern District of Washington, Case No. CR-10-153 EFS.

01   (2) Defendant was not interviewed by Pretrial Services. Much of his background
02 information is unknown or unverified. He has a lengthy criminal record that includes warrant
03 activity. His probation officer in the Eastern District of Washington indicates that defendant
04 absconded in the middle of a court hearing and was located in Colorado several months later.
05 Defendant is associated with at least one alias name.

06   (3) Defendant does not contest detention in this District and an Order of Transfer has
07 been signed. He poses a risk of nonappearance due to unknown background information, and a
08 history of failures to appear and violations of supervision. He poses a risk of danger due to
09 criminal history.

10   (4) There does not appear to be any condition or combination of conditions that will
11 reasonably assure the defendant's appearance at future Court hearings while addressing the
12 danger to other persons or the community.

13 It is therefore ORDERED:

14   (1) Defendant shall be detained pending trial and committed to the custody of the
15    Attorney General for confinement in a correction facility separate, to the extent
16    practicable, from persons awaiting or serving sentences or being held in custody
17    pending appeal;

18   (2) Defendant shall be afforded reasonable opportunity for private consultation with
19    counsel;

20   (3) On order of a court of the United States or on request of an attorney for the
21    Government, the person in charge of the corrections facility in which defendant
22    is confined shall deliver the defendant to a United States Marshal for the purpose

of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of December, 2010.

*(signature)*
Mary Alice Theiler
United States Magistrate Judge